67278. SAYLOR v. VASCONEZ et al.

BANKE, Judge.
This is an appeal from the denial of the plaintiff's motion for reconsideration of a summary judgment for the defendants in a medical malpractice action. *Held:*
The appeal is not timely and must be dismissed. "It has repeatedly been held that, unlike a motion for new trial, motion in arrest of judgment, or motion for judgment notwithstanding the verdict, a motion for reconsideration does not extend the time for filing a notice of appeal. See OCGA § 5-6-38 (Code Ann. § 6-803); *Ellis v. Continental Ins. Co.,* 141 Ga. App. 809 (234 SE2d 377) (1977)." *Becker v. Fairman,* 167 Ga. App. 708 (307 SE2d 520) (1983).

*Appeal dismissed. Deen, P. J., and Carley, J., concur.*

DECIDED DECEMBER 5, 1983.

*William I. Aynes, Charles J. Durrance,* for appellant.
*Robert G. Tanner, Simuel F. Doster, Jr., Hunter S. Allen, Jr., Henry D. Green, Jr.,* for appellees.